■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AERIEL PAGAN, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD QUEEN, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY ROBINSON, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE SHAW, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GOLDSTEIN SMALL, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE WALKER, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN WHITAKER, Appellant.— Same decision and like cause of action as in *People* v. *Brown* (26 A D 2d 614), decided herewith.